No: 2012-CI-16084
~~2015-CI-04550~~

EDUARDO BENAVIDES
       Plaintiff,

vs.

JULIA BENNETT, ET AL.,
       Defendants.

§
§
§
§
§
§
§

IN THE DISTRICT COURT OF

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
37TH JUDICIAL DISTRICT
05/11/2015 9:17:42 AM
KEITH E. HOTTLE
Clerk

BEXAR COUNTY, TEXAS

## NOTICE OF APPEAL

Plaintiff Eduardo Benavides, hereby gives notice that he wishes to appeal the order entered on February 5, 2015, to the Fourth Court of Appeals in San Antonio, Texas.

Respectfully submitted,

Eduardo Benavides
89008-132
LSCI Butner-Low
P.O. Box 999
Butner, NC 27509

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above and forgoing has been forwarded to: Patricia Jay, Attorney At Law, 3107 Broadway, San Antonio, Texas, 78209; and Rudy Wattiez, 2118 N. Main Ave., Suite 102, San Antonio, Texas, 78212, on the 4 day of May 2015.

Eduardo Benavides

